UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFREY MOCK ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2057 & consol'd cases<br>**(this order pertains to 11-2653**) |
| GRADY-WHITE BOATS, INC. ET AL. | SECTION "J" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiffs' Motion for Approval of Settlement Affecting Minors' Interests is **GRANTED**, and the settlement of the Burns interests in these cases is **APPROVED**.

New Orleans, Louisiana, this 3rd day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE